UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Collins Iheme,                          Civil No. 12-2271 (DWF/JJK)

           Plaintiff,

v.                                       **ORDER ADOPTING REPORT**
                                                      **AND RECOMMENDATION**

Hennepin County Sheriff Department
and Hennepin County Medical Center
Urology Department,

           Defendants.

       This matter is before the Court upon Plaintiff Michael Collins Iheme's ("Plaintiff") objections (Doc. No. 16) to Magistrate Judge Jeffrey J. Keyes's November 5, 2012 Report and Recommendation (Doc. No. 6) insofar as it recommends that: (1) Plaintiff's motion to be excused from paying an initial partial filing fee be granted; (2) Plaintiff's application for leave to proceed *in forma pauperis* be denied; (3) this action be summarily dismissed pursuant to 28 U.S.C. § 1915A(b)(1); (4) Plaintiff be required to pay the unpaid balance of the Court filing fee, namely the full $350, in accordance with 28 U.S.C. § 1915(b)(2); and (5) the dismissal of this action be counted as a "strike" against Plaintiff for purposes of 28 U.S.C. § 1915(g).

       The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of the parties, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b). The factual background for the above-entitled matter is clearly and

precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Plaintiff's objections.

Having carefully reviewed the record, the Court concludes that Plaintiff's objections offer no basis for departure from the Report and Recommendation. Plaintiff appears to dispute the dismissal of his claims on the merits pursuant to 28 U.S.C. § 1915A(b)(1). The Court finds, as did Magistrate Judge Keyes, that Plaintiff has failed to plead a cognizable § 1983 claim because his complaint does not allege sufficient facts, conduct, or personal involvement on the part of each named Defendant to support a claim that they violated his constitutional rights. *See Bell v. Kansas City Police Dep't*, 635 F.3d 346, 347 (8th Cir. 2011) (holding that "respondeat superior is inapplicable to claims under 42 U.S.C. § 1983"). Dismissal of his complaint is therefore proper.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

### ORDER

1. Plaintiff Michael Collins Iheme's objections (Doc. No. [16]) to Magistrate Judge Jeffrey J. Keyes's November 5, 2012 Report and Recommendation are **OVERRULED**.

2. Magistrate Judge Jeffrey J. Keyes's November 5, 2012 Report and Recommendation (Doc. No. [6]) is **ADOPTED**.

      3.      Plaintiff Michael Collins Iheme's motion to be excused from paying an initial partial filing fee (Doc. No. [5]) is **GRANTED**.

      4.      Plaintiff's application for leave to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED**.

      5.      This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1).

      6.      Plaintiff Michael Collins Iheme is required to pay the unpaid balance of the Court filing fee, namely the full $350, in accordance with 28 U.S.C. § 1915(b)(2).

      7.      The dismissal of this action is counted as a strike against Plaintiff for purposes of 28 U.S.C. § 1915(g).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 13, 2013        s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      United States District Judge